# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL MOLOCK, individually and on
behalf of others similarly situated,

and

RANDAL KUCZOR, individually and on
behalf of others similarly situated,

       Plaintiffs,

v.

WHOLE FOODS MARKET, INC.; and
WHOLE FOODS MARKET GROUP,
INC.,

       Defendants.

Civil Action No. 16-CV-02483-AM

## DEFENDANT WFMG'S CROSS-MOTION FOR STAY OF DISCOVERY PENDING RESOLUTION OF PRELIMINARY MOTIONS

Pursuant to Federal Rule of Civil Procedure 26, Defendant Whole Foods Market Group, Inc. respectfully files the accompanying cross-motion seeking entry of an order staying discovery pending the resolution of Defendant's preliminary motions. As set forth in Defendant's accompanying Memorandum, there is good cause to grant the relief sought.

Dated: February 7, 2017

GREENBERG TRAURIG, LLP

GREGORY J. CASAS
D.C. BAR NO.: 455329
EMAIL: casasg@gtlaw.com
DAVID E. SELLINGER, ESQ.
D.C. BAR NO.: 282780
(*Pro Hac Vice*)
EMAIL: sellingerd@gtlaw.com
2101 L STREET, N.W.
SUITE 1000
WASHINGTON, D.C. 20037
TEL: (202) 331-3100
FAX: (202) 331-3101

Attorneys for Defendants

## **LCvR 7(m) Certification**

I hereby certify that I have, on multiple occasions since December 29, 2016—including January 12, 2017, January 19, 2017, January 25, 2017, and January 26, 2017—contacted Plaintiffs' counsel in an attempt to obtain Plaintiffs' consent for the relief requested herein.  Plaintiffs' counsel has not provided consent.

/s/ David E. Sellinger
David E. Sellinger