UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL MOLOCK, individually and on behalf of others similarly situated,<br><br>and<br><br>RANDAL KUCZOR, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET, INC.; and WHOLE FOODS MARKET GROUP, INC.,<br><br>    Defendants. | Civil Action No. 16-CV-02483-APM |

## **DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT**

Defendants, by and through undersigned counsel, hereby move to dismiss Plaintiffs' class action complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6).

As stated in the accompanying Memorandum of Points and Authorities, the Complaint against WFMI should be dismissed for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). Additionally, the nationwide class claims should be dismissed for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1), and the Complaint in its entirety should be dismissed for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

A memorandum of points and authorities in support hereof and proposed Order are attached.

Dated: February 10, 2017

        Respectfully Submitted,

        **GREENBERG TRAURIG, LLP**

        By: <u>/s/ Gregory J. Casas</u>
        Gregory J. Casas
        Bar No. 455329
        300 West 6th Street, Suite 2050
        Austin, Texas 78701
        Telephone: 512.320.7200
        Facsimile: 512.320.7210

        David Sellinger (pro hac vice)
        Bar No. 282780
        500 Campus Drive, Suite 400
        Florham Park, New Jersey 07932
        Telephone: 973.360.7900
        Facsimile: 973.301.8410

        *Attorneys for Defendants Whole Foods Market,*
        *Inc. and Whole Foods Market Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service are being served this 10th day of February, 2017, via the Court's CM/ECF System.

*/s/ Gregory J. Casas*
*Gregory J. Casas*