UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL MOLOCK, *individually and on behalf of others similarly situated,*<br><br>and<br><br>RANDAL KUCZOR, *individually and on behalf of others similarly situated,*<br><br>   Plaintiffs,<br><br>   v.<br><br>WHOLE FOODS MARKET, INC., and WHOLE FOODS MARKET GROUP, INC.,<br><br>   Defendants. | **Civil Action No. 1:16-cv-02483-APM** |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

NOW COME the attorneys for Defendant Whole Foods Market Group, Inc. ("Whole Foods" or "Defendant"), and pursuant to Civil Local Rule 83.2(d) moves the court to enter an order granting permission for John H. Hempfling, II to appear as counsel and to participate *pro hac vice* (for this case only) on behalf of Defendant, and in support thereof, states:

1. John H. Hempfling, II is a member in good standing of the Supreme Court of Texas, United States District Court for the Southern District of Texas, United States District Court for the Western District of Texas, United States District Court for the Eastern District of Texas and United States District Court for the Northern District of Texas.

2. John H. Hempfling, II's contact information is as follows:

   Whole Foods Market Central Office
   550 Bowie Street
   Austin, Texas 78703

(512) 542-0213
E-Mail: John.Hempfling@wholefoods.com

This motion is supported and signed by Gregory J. Casas, an active and sponsoring member of the Bar of this Court.  Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for John H. Hempfling, II to appear pro hac vice in this matter.

Dated:  March 6, 2017                     Respectfully submitted,


                                  BY:    /s/ *Gregory J. Casas*

                                  Gregory J. Casas (455329)
                                  casasg@gtlaw.com
                                  GREENBERG TRAURIG, LLP
                                  300 West 6th Street
                                  Suite 2050
                                  Austin, TX 78701
                                  Tel: (512) 320-7200
                                  Fax: (512) 320-7210

                                  *Counsel for Defendant*
                                  *Whole Foods Market Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2017, a copy of the foregoing Motion For Admission of Counsel *Pro Hac Vice* and an accompanying Declaration and Proposed Order were served electronically pursuant to Rule 5.4(d) of the Local Civil Rules and Rule 5(b) of the Federal Rules upon all counsel of record.

    /s/ *Gregory J. Casas*
    Gregory J. Casas (455329)
    casasg@gtlaw.com
    GREENBERG TRAURIG, LLP
    300 West 6th Street
    Suite 2050
    Austin, TX 78701
    Tel: (512) 320-7200
    Fax: (512) 320-7210

    *Counsel for Defendant*
    *Whole Foods Market Group, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL MOLOCK, *individually and on behalf of others similarly situated,* <br><br> and <br><br> RANDAL KUCZOR, *individually and on behalf of others similarly situated,* <br><br>      Plaintiffs, <br><br>   v. <br><br> WHOLE FOODS MARKET, INC., and WHOLE FOODS MARKET GROUP, INC., <br><br>      Defendants. | **Civil Action No. 1:16-cv-02483-APM** |

## DECLARATION OF JOHN H. HEMPFLING, II IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, John H. Hempfling, II, hereby declare:

1. My name, office address, and telephone number are as follows:

    John H. Hempfling, II
    Sr. Global Litigation Counsel
    Whole Foods Market Central Office
    550 Bowie Street
    Austin, Texas 78703
    (512) 542-0213
    E-Mail: John.Hempfling@wholefoods.com

3. I have been admitted to the following courts and bars: Supreme Court of Texas, United States District Court for the Southern District of Texas, United States District Court for the Western District of Texas, United States District Court for the Eastern District of Texas and United States District Court for the Northern District of Texas.

2. I hereby certify I have not been disciplined by any bar.

AUS 536631396v1

3. I have not requested admission nor been admitted pro hac vice in this Court within the last two years.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6th, 2017.

John H. Hempfling, II
Sr. Global Litigation Counsel
Whole Foods Market Central Office
550 Bowie Street
Austin, Texas 78703
(512) 542-0213
E-Mail:
John.Hempfling@wholefoods.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL MOLOCK, *individually and on behalf of others similarly situated,*<br><br>and<br><br>RANDAL KUCZOR, *individually and on behalf of others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET, INC., and WHOLE FOODS MARKET GROUP, INC.,<br><br>Defendants. | **Civil Action No. 1:16-cv-02483-APM** |

**ORDER GRANTING MOTION FOR**
**ADMISSION *PRO HAC VICE* OF DAVID SELLINGER**

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of John H. Hempfling, II, and the accompanying documentation, it is by the Court this ___ day of _____, 2017 hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that John H. Hempfling, II be admitted as an attorney *pro hac vice* before the United States District Court for the District of Columbia for Defendant Whole Foods Market Group, Inc. in the above-captioned matter.

_____
DISTRICT COURT JUDGE