UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL MOLOCK, individually and on behalf of others similarly situated, § § § § and § § RANDAL KUCZOR, individually and on § behalf of others similarly situated, § § and § § CARL BOWENS, individually and on § behalf of others similarly situated, § P.O. Box 456 § Temple Hills, MD  20757 § § and § § JOSE FUENTES, individually and on § behalf of other similarly situated, § 2612 Elnora Street § Silver Spring, MD  20902 § § and § § CHRISTOPHER MILNER, individually § and on behalf of others similarly situated, § 348 Barnsley Drive § Evans, GA  30809 § § and § § JON PACE, individually and on behalf of § others similarly situated, § 1111 Congress Street, SE § Washington, DC  20032 § § and § SARAH STRICKLAND, individually and § on behalf of others similarly situated, § 1104 W. Queens Place § Broken Arrow, OK  74012 § § § Plaintiffs, § | Case No. 1:16-cv-02483-APM<br>Judge Amit P. Mehta |

| | |
|---|---|
| v. | § |
| | § |
| **WHOLE FOODS MARKET, INC., and** | § |
| **WHOLE FOODS MARKET GROUP,** | § |
| **INC.,** | § |
| | § |
| **Defendants.** | § |

## DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT

Defendants, by and through undersigned counsel, hereby move to dismiss Plaintiffs' Amended Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6).

As stated in the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Amended Class Action Complaint, the Amended Complaint against WFMI should be dismissed for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).  Additionally, the nationwide class claims should be dismissed for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1), and the Amended Complaint in its entirety should be dismissed for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

A Memorandum of Points and Authorities in support hereof and proposed Order are attached.

Dated:  March 10, 2017.

          Respectfully Submitted,

          **GREENBERG TRAURIG, LLP**

          By:  */s/ Gregory J. Casas*
          Gregory J. Casas
           Bar No. 455329
          300 West 6th Street, Suite 2050
          Austin, Texas 78701
          Telephone:  512.320.7200
          Facsimile:  512.320.7210

          John H. Hempfling, II
          (Admitted *Pro Hac Vice*)
          Texas State Bar No.  231788
          Sr. Global Litigation Counsel
          Whole Foods Market Central Office
          550 Bowie Street
          Austin, Texas  78703
          Tel:  512.542.0213
          John.Hempfling@wholefoods.com

          David Sellinger
          (Admission Pro Hac Vice pending)
           Bar No. 282780
          500 Campus Drive, Suite 400
          Florham Park, New Jersey 07932
          Telephone:  973.360.7900
          Facsimile:  973.301.8410

          *Attorneys for Defendants Whole Foods Market, Inc. and Whole Foods Market Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service are being served this 10th day of March, 2017, via the Court's CM/ECF System.

          */s/ Gregory J. Casas*
          *Gregory J. Casas*