UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL MOLOCK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WHOLE FOODS MARKET, INC.; and WHOLE FOODS GROUP, INC., <br><br> Defendants. | Civil Action No. 16-CV-02483-APM |

## DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT

Defendants, by and through undersigned counsel, hereby move to dismiss Plaintiffs' Second Amended Class Action Complaint (the "SAC") pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6).

As stated in the accompanying Memorandum of Points and Authorities, the claims in the SAC should be dismissed on the following grounds:

1) The claims in the SAC against Whole Foods Market, Inc. ("WFMI") should be dismissed in entirety for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2);

2) Plaintiffs Bowens's and Strickland's individual claims against Whole Foods Market Group, Inc. ("WFMG") and WFMI should be dismissed for lack of personal jurisdiction, and the remaining claims should be limited to alleged injuries occurring within the District of Columbia, pursuant to Federal Rule of Civil Procedure 12(b)(2);

3) All of the individual claims of the named Plaintiffs should be dismissed for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1);

4) All of the claims of purported absent class members asserted under the laws of states in which none of the named plaintiffs reside or were employed by Whole Foods Market Group, Inc. ("WFM Group") should be dismissed for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1); and

5) The SAC in its entirety should be dismissed for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

A Memorandum of Points and Authorities in support hereof and proposed Order are attached.

Dated: July 21, 2017.

        Respectfully Submitted,

        **GREENBERG TRAURIG, LLP**

        By: */s/ Gregory J. Casas*
        Gregory J. Casas
        Bar No. 455329
        300 West 6th Street, Suite 2050
        Austin, Texas 78701
        Telephone: 512.320.7200
        Facsimile: 512.320.7210
        casasg@gtlaw.com

        John H. Hempfling, II
        (Admitted *Pro Hac Vice*)
        Texas State Bar No. 231788
        Sr. Global Litigation Counsel
        Whole Foods Market Central Office
        550 Bowie Street
        Austin, Texas 78703
        Tel: 512.542.0213
        John.Hempfling@wholefoods.com

        David Sellinger
        Bar No. 282780
        500 Campus Drive, Suite 400
        Florham Park, New Jersey 07932
        Telephone:  973.360.7900
        Facsimile:  973.301.8410
        sellingerd@gtlaw.com

        *Attorneys for Defendants Whole Foods Market, Inc. and Whole Foods Market Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service are being served this 21st day of July, 2017, via the Court's CM/ECF System.

                                  */s/ Gregory J. Casas*
                                      *Gregory J. Casas*

AUS 536691131v6