UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL MOLOCK, et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>WHOLE FOODS MARKET, INC.,<br><br>              Defendant. | Case No. 1:16-cv-02483-APM |

## ORDER CERTIFYING ISSUE FOR INTERLOCUTORY APPEAL

Having considered Defendant's Motion to Certify for Interlocutory Appeal, it is hereby ORDERED that the part of this Court's March 15, 2018 order holding that *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco County*, 137 S. Ct. 1773 (2017) does not apply to nationwide class actions is certified for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

 

_____
Amit P. Mehta
United States District Judge