UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MICHAEL MOLOCK, et al., )
)
    Plaintiffs, )
)
    v. )    Case No. 16-cv-02483 (APM)
)
WHOLE FOODS MARKET GROUP, INC., )
)
    Defendant. )
_____ )

## ORDER

For the reasons stated in the Memorandum Opinion, ECF No. 44, Defendant's Motion to Certify for Interlocutory Appeal, ECF No. 37, is granted. Pursuant to 28 U.S.C. § 1292(b), that portion of the court's March 15, 2018 Order holding that the Supreme Court's decision in *Bristol-Myers Squibb Co. v. Superior Court of California*, 137 S. Ct. 1773 (2017), does not preclude this court from exercising personal jurisdiction over the claims of unnamed, nonresident putative class members is hereby certified for interlocutory review.

Pending resolution of the interlocutory appeal, the court stays all discovery with respect to certification of a nationwide class. Discovery in this case shall proceed with respect to all Whole Foods grocery stores operated by Defendant Whole Foods Market Group in the District of Columbia, Maryland, and any other store at which a plaintiff in the closely related case of *Vasquez v. Whole Foods Market Services, Inc.*, 17-cv-00112-APM (D.D.C.), was employed.

Dated: June 11, 2018

Amit P. Mehta
United States District Judge