# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 18-8006**                                             **September Term, 2018**

1:16-cv-02483-APM

Filed On: October 11, 2018

In re: Whole Foods Market Group, Inc.,

      Petitioner

      **BEFORE:**   Henderson, Millett, and Wilkins, Circuit Judges

### O R D E R

Upon consideration of the petition for leave to file interlocutory appeal, the opposition thereto, and the Rule 28(j) notice of supplemental authority, it is

**ORDERED** that the petition for permission to appeal be granted. See United States v. Philip Morris USA, Inc., 396 F.3d 1190, 1193 (D.C. Cir. 2005) (exercising discretion to permit an "interlocutory appeal where a district judge has certified that 'an order not otherwise appealable . . . involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of litigation'") (quoting 28 U.S.C. § 1292(b)).  Grant of the petition is without prejudice to reconsideration by the merits panel.

The Clerk is directed to transmit a copy of this order to the district court.  The district court will file the order as a notice of appeal pursuant to Fed. R. App. P. 5 and collect the mandatory filing and docketing fee from appellant.  Upon payment of the fee, the district court is to certify and transmit the preliminary record to this court, after which the case will be assigned a general docket number and proceed in the normal course.

### Per Curiam