IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL MOLOCK, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>　　　　Defendant. | Case No. 1:16-cv-02483-APM<br>Judge Amit P. Mehta |

**DEFENDANT'S BRIEF STATUS REPORT REGARDING
THE PRODUCTION OF DOCUMENTS**

TO THE HONORABLE JUDGE AMIT P. MEHTA:

As per the terms of the Minute Order entered July 9, 2019, document production is set to be completed on September 5, 2019. To date, Whole Foods has produced 87,247 documents (this includes 11,654 documents produced in native format), for a total of 482,432 pages. These produced documents include all responsive documents for the period October 15, 2015 through December 31, 2016 from all stores in MD and DC, as well as the stores elsewhere in the country where the Vasquez Plaintiffs worked for the periods during which they worked at those stores during the October 2015 through December 2016 timeframe.

Whole Foods has not yet completed the production of TTFs and related documents for the stores where the Vasquez Plaintiffs worked outside of the October 2015 through December 2016 time frame, which includes stores across the country, dating as far back as the late 1990s. This includes files from approximately 86 boxes, though not every file in every box is responsive. At this time, Whole Foods has an estimated additional 15,000 documents to review for responsiveness, and its reviewers are currently reviewing and processing 1500 documents per day.

1

Counsel will then perform a quality control review and produce any responsive documents. Whole Foods will produce these remaining documents on a rolling basis, and estimates that it will need up to an additional 30 days to complete this production. Accordingly, Whole Foods asks for an extension of 30 days to complete the above production of documents.

Importantly, Whole Foods does not believe that this additional time needed for this limited production will impact the current deadline for taking fact witness depositions currently in the Scheduling Order.

Included in the documents produced to date are the TTFs and other relevant documents Whole Foods could locate from the 113 stores identified in Mr. Klaproth's May 9, 2019 list. After what Whole Foods believes to be a diligent search, it has determined that it cannot locate physical documents for the relevant time period for 15 out of the 113 stores. Based on individual stores' records and third party storage provider's indices, Whole Foods estimates that to locate these documents would require review of approximately 1,158 boxes labeled or identifiable to the subject stores, but that do not have labels to describe the contents. There are also approximately 3,500 boxes received by Iron Mountain after 2015 that are not associated with a store, and instead are stored under a catch-all "Master" Division category. Thus, the requested TTFs and related documents could be in either the Master Division boxes or in the subset of unindexed boxes labeled by store. The fifteen stores at issue are:

| Store Name | Abbreviation | Store # | Explanation |
|---|---|---|---|
| Edina | EDI | 10419 | Documents sent to Iron Mountain per PBS, boxes are not labelled |
| West Loop | WLP | 10572 | Documents destroyed in flood |
| Fresh Pond | FPD | 10026 | Documents sent offsite per PBS, boxes are not labelled |
| Charles River Plaza | CRP | 10158 | Documents sent offsite per PBS, boxes are not labelled |

2

| Store Name | Abbreviation | Store # | Explanation |
|---|---|---|---|
| Fremont | FRE | 10467 | Documents sent offsite per PBS, boxes are not labelled |
| Ridgewood | RDW | 10106 | Documents sent offsite per PBS, boxes are not labelled |
| West Orange Plaza | WOP | 10265 | Documents sent offsite per PBS, boxes are not labelled |
| Danbury | DAN | 10455 | Documents sent offsite per PBS, boxes are not labelled |
| West Paces Ferry | WPF | 10206 | Documents sent to Iron Mountain per PBS, boxes not labelled |
| Sherman Oaks East | SHO | 10020 | Documents sent to Iron Mountain per PBS, boxes not labelled |
| Porter Ranch | PTR | 10175 | Documents sent to Iron Mountain per PBS, boxes not labelled |
| Westwood | WWD | 10176 | Documents sent to Iron Mountain per PBS, boxes not labelled |
| Arroyo | ARR | 10237 | Documents sent to Iron Mountain per PBS, boxes not labelled |
| Laguna Beach | LAG | 10406 | Documents sent to Iron Mountain per PBS, boxes not labelled |
| Baton Rouge | BTR | 10198 | Documents sent to Iron Mountain per PBS, boxes not labelled |

At this time, counsel for Whole Foods objects and asserts that reviewing the 1158 boxes that contain no indices or the 3500 unlabeled boxes is not proportionate to the needs of the case.

Counsel has communicated the information contained in this report to opposing counsel. Counsel for Vasquez has agreed to a four week extension for the production. However, schedules have prevented counsel for Molock from conferring on the issue. Because of the September 5, 2019 deadline, Whole Foods has filed this unilateral status report and its request for a thirty day extension of the deadline to complete the currently pending document production. Counsel will attempt to confer with Counsel for Molock between now and the scheduled hearing on September 11, 2019.

ACTIVE 45627236v1

Dated: September 4, 2019                    Respectfully Submitted,

**GREENBERG TRAURIG, LLP**

By: */s/Gregory J. Casas*
    Gregory J. Casas
    Bar No. 455329
    300 West 6th Street, Suite 2050
    Austin, Texas 78701
    Email:  casasg@gtlaw.com
    Telephone: 512.320.7238
    Facsimile: 512.320.7210

    David Sellinger
    Bar No. 282780
    500 Campus Drive, Suite 400
    Florham Park, New Jersey 07932
    Email:  sellingerd@gtlaw.com
    Telephone: 973.360.7900
    Facsimile: 973.301.8410

*- and -*

**WHOLE FOODS MARKET SERVICES, INC.**

John H. Hempfling, II
(Admitted *Pro Hac Vice*)
Vice President and Associate General Counsel, Litigation
828 West Sixth Street, Suite 200
Austin, TX  78703
Telephone:  512.542.0213
Email: John.Hempfling@wholefoods.com

    *Attorneys for Defendant Whole Foods Market Group, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service are being served this 4th day of September, 2019, via the Court's CM/ECF System and Registered Email.

    */s/Gregory J. Casas*
    Gregory J. Casa

4