**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

MICHAEL MOLOK, et al.,

               Plaintiffs,                    Civil Action No. 1:16-cv-02483-APM

v.

WHOLE FOODS MARKET GROUP, INC,

               Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Michael Molock, Randal Kuczor, Christopher Milner, Jose Fuentes, and Jon Pace

(collectively "Plaintiffs") and Whole Foods Market Group, Inc. ("Whole Foods") jointly stipulate

to dismiss this lawsuit with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC        DLA PIPER LLP (US)

*/s/ Salvatore J. Zambri*               */s/ Gregory J. Casas*
Patrick M. Regan (336107)         Gregory J. Casas (455329)
pregan@reganfirm.com            303 Colorado Street, Suite 3000
Salvatore J. Zambri (439016)       Austin, Texas 78701
szambri@reganfirm.com          greg.casas@us.dlapiper.com
Christopher J. Regan (1018148)     Tel: (512) 457-7290
cregan@reganfirm.com          Fax: (512) 721-2390
1919 M Street, Nw Suite 350
Washington, DC 20036           John H. Hempfling, II
(202) 463-3030               Texas Bar No. 24029609 (*Pro Hac Vice*)
(202) 463-0667 FAX           Sr. Global Litigation Counsel
                          Whole Foods Market, Central Office
***Counsel for Plaintiffs***        828 W 6th Street, Suite 200
                          Austin, Texas 78703
                          John.Hempfling@wholefoods.com
                          (512) 542-0213
                          (512) 482-7213 FAX

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service are being served on  June 30, 2025   via the Court's CM/ECF System.

By:    */s/ Salvatore J. Zambri*